In the Matter of the Application of GEORGE GRAY, a Judgment Creditor, to Vacate and Set Aside a Prior Judgment in Favor of SHIRLEY S. LLOYD, Appellant, against JAMES FORBES, Defendant.

Reported below, 172 App. Div. ——.
(Submitted May 8, 1916; decided May 12, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1915, which affirmed an order of Special Term granting a motion to set aside a judgment. The motion was made upon the ground of failure to file the required undertaking.

*Thomas C. McDonald* for motion.

*Samuel J. Siegel* and *Louis H. Solomon* opposed.

Motion granted unless within ten days the appellant files and serves the necessary undertaking and pays to the respondent ten dollars costs of this motion; if these conditions are complied with, the motion is denied.